Deborah (Debbie) L. JACKS *v.* STATE of Arkansas

CR 01-291                                    39 S.W.3d 459

Supreme Court of Arkansas
Opinion delivered April 5, 2001

*Mark S. Frasier,* for appellant.

No response.

PER CURIAM. Appellant, Deborah L. Jacks, by and through her attorney, has filed a motion to file belated appeal. Her

attorney, Mark S. Frasier, accepts responsibility for the untimeliness in filing a notice of appeal and states in his affidavit that the notice of appeal was tendered late due to a mistake on his part. We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam).

Therefore, the motion is granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.